**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JAMONICA ALLEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| CIERA STAFFING LLC d/b/a LYNEER STAFFING SOLUTIONS, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Ciera Staffing LLC, incorrectly named here as Ciera Staffing LLC d/b/a Lyneer Staffing Solutions ("Defendant"), hereby files its Notice of Removal of the above-captioned case to this Court and, in support of removal, respectfully states as follows:

1. Defendant is named in Case No. 18CN-CC00008 filed in the Circuit Court of Clinton County, Missouri, styled <u>Jamonica Allen v. Ciera Staffing LLC d/b/a Lyneer Staffing Solutions</u> (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Circuit Court of Clinton County on or about January 29, 2018. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A**.

3. In the State Court Action, Plaintiff alleges Defendant violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, <u>et</u> <u>seq</u>.

4. Any civil action is removable if the plaintiff could have originally brought the action in federal court. <u>See</u> 28 U.S.C. § 1441(a).

5. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331, because Plaintiff alleges Defendant violated a federal statute, the FCRA.

6. Pursuant to 28 U.S.C. § 1441, this cause may be removed from the Circuit Court of Clinton County, Missouri to the United States District Court for the Western District of Missouri.

7. Defendant was served with the Summons and Petition on or about January 31, 2018. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess. Defendant also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Circuit Court of Clinton County, Missouri to the United States District Court for the Western District of Missouri.

DATED this 27th day of February, 2018.

Respectfully submitted,

SPENCER FANE LLP

By: s/ Joshua C. Dickinson
Joshua C. Dickinson          MO Bar No. 51446
Kersten L. Holzhueter        MO Bar No. 62962
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com
        kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri this 27th day of February, 2018, with a true copy mailed, first class postage prepaid, to Plaintiff's attorney addressed as follows:

 C. Jason Brown
 Jayson A. Watkins
 Brown & Watkins LLC
 301 S. US 169 Hwy
 Gower, MO 64454

                s/ Joshua C. Dickinson