**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| JAMONICA ALLEN, | ) | |
| Individually and On Behalf of All Others, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 5:18-CV-06022-DGK |
| | ) | |
| CIERA STAFFING LLC | ) | |
| d/b/a LYNEER STAFFING SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Stipulation of Dismissal (Doc. 14), it is hereby

ORDERED that Plaintiffs' claims against Defendant Ciera Staffing LLC are DISMISSED WITH

PREJUDICE. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  July 30, 2018            /s/ Greg Kays
                               GREG KAYS, CHIEF JUDGE
                               UNITED STATES DISTRICT COURT